# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Loi Tan Nguyen )<br>92 Saint Marks Road )<br>Dorchester, MA 02124 )<br>-------------------------------- )<br>Plaintiff, Pro-se )<br> )<br>v. )<br> )<br>Massachusetts Eye and Ear Infirmary )<br>Operating Surgeon: Kenneth Chang, MD. )<br>243 Charles Street )<br>Boston MA 02114 )<br>-------------------------------- )<br>Defendant ) | **COMPLAINT**<br>**(Medical Negligence)** |

FILED
IN CLERK'S OFFICE
2015 MAY 8  PM 4 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Parties and Jurisdiction

1. The plaintiff Loi Tan Nguyen resides at 92 Saint Marks Road Apt. #1, Dorchester MA 02124.
2. The defendant Massachusetts Eye and Ear Infirmary is located at 243 Charles Street, Boston MA 02114.
3. This is a medical negligent case concerning a doctor's failure to provide treatment that was in line with the "medical standard of care" that has caused damage in Plaintiff's left eye.

## Facts Giving Rise to Claims

4. On May 10, 2012, Plaintiff was treated at Massachusetts Eye and Ear Infirmary by Dr. Kenneth Chang and Medical Assistants for the cataract extraction with intraocular lens placement.
5. Cataract removal surgery is an established surgical procedure with excellent outcomes in improving vision and removing visual impediments. Cataract surgery is usually performed under local anesthesia. However Plaintiff was not given anesthesia prior to the surgery.
6. During the cataract surgery the patient is usually awake, so any small movement such as a cough or simple head adjustment can cause the surgery to fail. Cataract extraction involves many steps, and early mishaps at the beginning of the case cascade and make the later steps that much more difficult. During the surgery Plaintiff's head was not given support to prevent it from movement.
7. Dr. Kenneth Chang and Medical Assistants were negligent and violated the standard of care in the procedure of cataract surgery.
8. Consequently the surgical damage in Plaintiff's left eye was caused by the negligence. The damage would not have occurred in the absence of the negligence. The vision of Plaintiff's left eye is so poor and almost useless.
9. Should the defendant will be found guilty of breaching the duty to patient. Plaintiff demands judgment against the defendant for damages as follows:
    - Plaintiff permanent lost vision in the left eye.
    - endured emotional suffering and loss of enjoyment of life

Respectfully submitted

Loi Tan Nguyen