# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nguyen<br>    Plaintiff<br><br>V.<br><br>MA Eye and Ear<br>    Defendant | CIVIL ACTION<br><br>NO. 15cv11811-RGS |

## ORDER OF DISMISSAL

STEARNS, D.J.,

In accordance with the Court's allowance of the defendant's motion to dismiss on 9/10/15, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

9/11/15

Date

By the Court

/s/ Elaine Flaherty

Deputy Clerk